UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFERY MICHAEL SHOVLIN,

    Plaintiff,

Case No. 3:22-cv-84-MMH-LLL

v.

RP ON-SITE LLC and
REALPAGE INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 17; Stipulation) filed on May 17, 2022. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of May, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record